IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 14 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07 - CV - 00316 bnb
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

MAEGHAN ANNE DODGE, a/k/a MAEGHAN DODGE,
MICHAEL DODGE,
BRIANNA DODGE,
DALLAS WOLFF,
DAVID SMITH, and
JANE DOE,

    Plaintiffs,

v.

JOHN PICKERING,
ROBERT THIEDE, JR.,
BOULDER COUNTY,
LONGMONT COMMUNITY TREATMENT CENTER,
CORRECTIONS MANAGEMENT INCORPORATED,
DENVER COUNTY,
LIEUTENANT FRINGER,
WILLIAM BOKROS,
JOAN SHOEMAKER,
SERGEANT JONES,
JOSEPH ORTIZ,
DEBRA AHLIN,
MARVIN SMALL,
JAMILLA MCCOY,
COLORADO DEPARTMENT OF CORRECTIONS,
JOSEPH MORALES,
JUDGE MCGAHEY,
STATE OF COLORADO,
GOVERNOR OWENS, and
DENVER COUNTY,

    Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFFS TO CURE DEFICIENCIES

Plaintiffs Maeghan Anne Dodge, also known as Maeghan Dodge; Michael Dodge; Brianna Dodge; Dallas Wolff; David Smith; and Jane Doe have submitted *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint, both of which only Maeghan Anne Dodge has signed. It appears that only Maeghan Anne Dodge is incarcerated and the remaining plaintiffs are not. However, because addresses are not provided for each plaintiff, the court is unable to make this determination.

In any case, the court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. The plaintiffs will be directed to cure the following if they wish to pursue their claims. Any papers which the plaintiffs file in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) XX   is not submitted separately and signed separately **by each plaintiff**
(2) __   is missing affidavit
(3) XX   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing submitted **by each plaintiff who is incarcerated**
(4) __   is missing required financial information
(5) __   is missing an original signature by the prisoner
(6) __   is not on proper form (must use the court's current form)
(7) __   names in caption do not match names in caption of complaint, petition or habeas application
(8) __   An original and a copy have not been received by the court. Only an original has been received.
(9) __   other_____

2

**Complaint, Petition or Application:**
(10) ___ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) XX is missing an original signature by each plaintiff
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) XX other Plaintiffs have failed to provide street addresses for each plaintiff and each defendant.

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the plaintiffs cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the plaintiffs file in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail **to each plaintiff other than Maeghan Anne Dodge and for whom a street address is provided**, together with a copy of this order, two copies of the following form: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that the clerk of the court mail **to Maeghan Anne Dodge**, together with a copy of this order, two copies of the following forms: Prisoner Complaint and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that, if any plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, that plaintiff will be

3

dismissed without further notice.

DATED at Denver, Colorado, this 12th day of February, 2007.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.    07 - CV - 00316

Meaghan Anne Dodge
Prisoner No. 123998
CWCF
PO Box 500
Cañon City, CO 81215- 0500

Michael Dodge
1975 South Decatur Street #106
Denver, CO 80219

Brianna Dodge
1975 South Decatur Street #106
Denver, CO 80219

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals **and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915; Prisoner Complaint to Meaghan Dodge, and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 to Michael Dodge and Brianna Dodge** on  2-14-07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk